UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:02CR00061(AWT) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| MIRIAM MARTINEZ | : | OCTOBER 9, 2003 |
| | : | |
| Defendant | : | |

**MOTION FOR CONTINUED RELEASE PENDING SENTENCING**

Pursuant to 18 U.S.C. §3143, the Defendant, MIRIAM MARTINEZ, moves the Court for continued Pre-Trial release from incarceration pending her sentencing hearing for the following reasons:

1. Miriam Martinez has been in full compliance with the Office of the United States Pre-Trial Services in this matter and will continue to be so;

2. Miriam Martinez has maintained full time employment and has been providing support to five of her children during her release;

3. She represents no danger to the community, nor is she a flight risk;

4. Miriam Martinez will request permission of the Court to change her plea on November 3, 2003;

5. Should this Court thereupon grant the Defendant's release pending sentencing for the above reasons, the Defendant wishes to propose the following request:

2

    A.    That supervision by Pre-Trial Services in Memphis, Tennessee be continued as previously ordered; and

    B.    That if released, Miriam Martinez will maintain her employment, and the income derived will be used to provide for the support of the five of her children, ages 11 to 18, who live with her and are totally dependent on her (one is single and pregnant).

WHEREFORE, the Defendant requests that she continue to be released pending her sentencing hearing for the foregoing reasons.

Defendant MIRIAM MARTINEZ

By: *[signature]*
Lawrence M. Herrmann
1116 Wallingford Road
Cheshire, CT 06410-2939
Fed. Bar No. CT 00180
Tel. 203-272-8844
Best Tel. 718-779-6630 (N.Y. Office)

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on Oct. 9, 2003, postage prepaid, to:

AUSA H. Gordon Hall
Office of U.S. Attorney
157 Church St.
23rd Floor
PO Box 1824
New Haven, CT 06508

Michael S. Hillis, Esq.
Dombroski, Knapsack & Hillis
205 Whitney Ave.
New Haven, CT 06511

Jack G. Goldberg, Esq.
225 Broadway, Suite 905
New York, NY 10007

William Paetzold
140 Hebron Ave.
Suite 102
Glastonbury, CT 06033

Lawrence M. Herrmann